IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| VIBRADERM, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3-07CV1331-M |
| | § | |
| MULTIDERM, L.L.C. SUCCESSOR TO MULTIDERM, INC., TIMOTHY G. CARROLL, INDIVIDUALLY AND AS AGENT FOR MULTIDERM, INC. AND MULTIDERM, L.L.C.; JAMES JANSING, INDIVIDUALLY AND AS AGENT FOR MULTIDERM, L.L.C. DOES 1, AND 2 AS AGENTS FOR MULTIDERM, L.L.C.; AND DOES "X" INDIVIDUALLY AND AS AGENTS FOR MULTIDERM, L.L.C. | § § § § § § § § § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

COMES NOW, Plaintiff Vibraderm, Inc. and Defendants Multiderm, L.L.C. and Timothy G. Carroll, by and through counsel, and hereby stipulate to a dismissal of all claims of Plaintiff without prejudice to refiling same in a state or federal court having jurisdiction over the matter. The parties further stipulate that all counterclaims of Defendants are dismissed without prejudice to refiling same. No prejudice shall attach to any claim or defense, and the parties stipulate that Fed. R. Civ. Pro. Rule 41(a)(1)(B) does not apply. The parties further stipulate that pursuant to Fed. R. Civ. Pro. Rule 41(d) each party shall bear their own costs incurred in this action.

Respectfully Submitted,

_s/_ David J. Moraine_____
David J. Moraine (dmoraine@marchandmoraine.com)
State Bar No. 00795830
**MARCHAND & MORAINE, L.L.C.**
Ten Thousand North Central Expressway, Suite 1043
Dallas, Texas 75231
Telephone:     (214) 378-1043
Facsimile:      (214) 378-6399
and

Gary Lee Hach  (glhach@verizon.net)
State Bar No. 008667020
**THE HACH LAW OFFICES**
312 West Northwest Highway, Suite B
Grapevine, Texas 76051
Telephone:     (817) 421-3600
Facsimile:     (817) 421-3680

**ATTORNEYS FOR PLAINTIFF VIBRADERM, INC.**

and

_s/_ James W. Holbrook, III_____
Richard G. Urquhart (rurquhar@zelle.com)
State Bar No. 00792887
James W. Holbrook, III (jholbrook@zelle.com)
State Bar No. 24032426
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE, L.L.P**
1201 Main Street, Suite 3000
Dallas, Texas 75202-3975
Telephone:     (214) 742-3000
Facsimile:     (214) 760-8994

**ATTORNEYS   FOR   MULTIDERM,   L.L.C.   AND TIMOTHY G. CARROLL**

SO ORDERED:

_____
Barbara M. G. Lynn
United States District Judge